

## COURT OF APPEALS
### EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EL PASO COUNTY WATER | | No. 08-16-00231-CV |
| IMPROVEMENT DISTRICT NO. 1, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | County Court at Law No. 6 |
| v. | § | |
| | | of El Paso County, Texas |
| COMANCHE TRAIL PIPELINE, LLC, | § | |
| | | (TC # 2016DCV0255) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.